## Commonwealth *v.* Filer, Appellant.

OPINION BY HEAD, J., February 24, 1915:

This appeal presents precisely the same questions we have just disposed of in the case of Commonwealth ex rel. v. Shecter, in which an opinion has this day been filed, ante, page 38.

For the reasons there given we dismiss the assignments of error and affirm the order or decree of the municipal court from which this appeal is taken.

Order affirmed.